

## NUMBER 13-16-00345-CV

## COURT OF APPEALS

## THIRTEENTH DISTRICT OF TEXAS

## CORPUS CHRISTI - EDINBURG

JOY THOMPSON,                                          **Appellant,**

**v.**

W3 ENTERPRISES, INC., D/B/A
INSPECTION AND CONSULTING
SERVICES, INC.,                                     **Appellee.**

### On appeal from the 156th District Court
### of San Patricio County, Texas

## ORDER ABATING APPEAL

### Before Justices Rodriguez, Benavides, and Perkes
### Order Per Curiam

This cause is before the Court on the record and appellant's unopposed motion to abate or alternative first motion to extend time to file brief. Appellant's motion states the parties have reached a tentative agreement to settle the case which would moot this

appeal; however the parties anticipate they will not be able to complete the paperwork to finalize the settlement until September 1, 2016. Appellant requests this Court abate the appeal to finalize the settlement.

The Court, having examined and fully considered the documents on file and the unopposed motion to abate, is of the opinion that the motion to abate the appeal to finalize settlement should be granted. The motion to abate the appeal pending settlement is GRANTED and this appeal is ordered ABATED until September 1, 2016. Appellant's motion in the alternative to extend the briefing deadline is, accordingly, DISMISSED AS MOOT.

The Court directs appellant to file, on or before September 1, 2016, either (1) a motion to reinstate the appeal, accompanied by appellant's brief in this matter, or (2) a motion to dismiss the appeal pursuant to settlement.

PER CURIAM

Delivered and filed the
12th day of August, 2016.

2